AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TAMMY BARTLETT,

  Plaintiff,

            **v.**

KILOLO KIJAKAZI,

  Defendant,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV421-67

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated September 19, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court and Affirms the Commissioner's final decision. This action stands closed.



September 19, 2022
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020